**FLAKE & FLAKE – ATTORNEYS AT LAW**
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
JORDAN M. FLAKE, ESQ.
Nevada Bar No. 10583
8905 S. Pecos Rd., Ste. 23B
Henderson, NV 89074
Telephone (702) 818-1800
Attorneys for Plaintiff
troy@flakeandflake.com
jordan@flakeandflake.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANAH MARA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:26-cv-01100-CDS-MDC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |

TO: THE HONORABLE COURT; AND

TO: ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that TROY K. FLAKE, ESQ., of the law firm FLAKE & FLAKE, hereby appears in the above-captioned action as counsel of record for Plaintiff SANAH MARA, and requests that all further pleadings, papers, notices, and other documents in this action be served upon the undersigned at the address set forth below.

This appearance is made in addition to, and not in substitution for, the appearance of Andre T. Marques, Esq., of Morgan & Morgan, who remains counsel of record for Plaintiff. A stipulation to substitute counsel under LR IA 11-6(c) will be submitted for the Court's approval.

DATED this 10th day of September, 2026.

FLAKE & FLAKE – ATTORNEYS AT LAW

By: /s/ *Troy K. Flake*
TROY K. FLAKE, ESQ.

Nevada Bar No. 16859
8905 S. Pecos Road, Suite 23B
Henderson, NV 89074
(702) 818-1800
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10 day of September, 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** to be served through the Court's CM/ECF electronic filing system upon all counsel of record registered to receive electronic notice in this action, including:

Andre T. Marques, Esq.
MORGAN & MORGAN
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
andre.marques@forthepeople.com

*/s/ Troy K. Flake*
An Employee of FLAKE & FLAKE