# Exhibit A

**DECLARATION OF TROY K. FLAKE, ESQ.**

I, TROY K. FLAKE, ESQ., declare as follows:

1. I am an attorney licensed to practice in the State of Nevada and admitted to practice before this Court. I am a partner at Flake & Flake, counsel for Plaintiff Sanah Mara. I have personal knowledge of the facts stated below and, if called upon, could and would competently testify to them.

2. Plaintiff filed the Complaint on April 9, 2026 (ECF No. 1).

3. On July 29, 2026, the Court granted Plaintiff's first motion to extend the time to serve (ECF No. 7) and extended the deadline to September 8, 2026.

4. Morgan & Morgan referred this matter to Flake & Flake. Plaintiff retained this firm on September 9, 2026, and my office received the file on September 8, 2026.

5. On September 10, 2026, I filed a Notice of Appearance as counsel of record for Plaintiff. A stipulation to substitute counsel under LR IA 11-6(c) will be submitted promptly.

6. Based on my review of the file and the docket, Defendant the United States of America has not been served.

7. Plaintiff presented an administrative tort claim that the United States Postal Service received on May 6, 2025.

8. I intend to complete service on the United States promptly.

9. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of September, 2026, at Henderson, Nevada.

*/s/ Troy K. Flake*________________
TROY K. FLAKE, ESQ.