**FLAKE & FLAKE – ATTORNEYS AT LAW**
JORDAN M. FLAKE, ESQ.
Nevada Bar No. 10583
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Rd., Ste. 23B
Henderson, NV 89074
Telephone (702) 818-1800
Attorneys for Plaintiff
jordan@flakeandflake.com
troy@flakeandflake.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANAH MARA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:26-cv-01100-CDS-MDC<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>**[LR 7.1-1]** |

The undersigned, attorney of record for Plaintiff SANAH MARA, certifies that the following persons or entities may have a direct, pecuniary interest in the outcome of this case:

1. Sanah Mara, Plaintiff;
2. Flake & Flake, counsel of record for Plaintiff;
3. Morgan & Morgan Nevada, PLLC, prior counsel of record for Plaintiff;

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal. Plaintiff will promptly file a supplemental certification upon any change in the information required by LR 7.1-1.

DATED this 10th day of September, 2026.

FLAKE & FLAKE – ATTORNEYS AT LAW

*By: /s/ Troy K. Flake*
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Road, Suite 23B

Henderson, NV 89074
(702) 818-1800
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2026, I caused a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** to be served through the Court's CM/ECF electronic filing system upon all counsel of record registered to receive electronic notice in this action, including:

Andre T. Marques, Esq.
MORGAN & MORGAN
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
andre.marques@forthepeople.com

[Defendant the United States of America has not appeared in this action. If service has been completed, confirm whether the United States Attorney's Office should also be served by mail.]

/s/ ___*Troy K. Flake*________________