**FLAKE & FLAKE – ATTORNEYS AT LAW**
JORDAN M. FLAKE, ESQ.
Nevada Bar No. 10583
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Rd., Ste. 23B
Henderson, NV 89074
Telephone (702) 818-1800
Attorneys for Plaintiff
jordan@flakeandflake.com
troy@flakeandflake.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANAH MARA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:26-cv-01100-CDS-MDC<br><br>**DECLARATION OF SERVICE ON THE UNITED STATES OF AMERICA** |

I, Jennifer Hecksher ("Declarant"), state as follows:

1. I am over the age of 18, not a party to this action, and competent to make this declaration. My business address is 8905 S. Pecos Road, Suite 23B, Henderson, Nevada 89074.
2. On September 25, 2026, I served true and correct copies of the following documents: Summons and First Amended Complaint by depositing them with the United States Postal Service in Henderson, Nevada, postage fully prepaid, via Certified Mail, properly addressed as follows:
   a. United States Attorney for the District of Nevada
      Address: 501 Las Vegas Blvd. South, Suite 1100, Las Vegas, NV 89101
      Mailed on: September 25, 2026
   b. Office of the Attorney General; U.S. Department of Justice
      Address: 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
      Mailed on: September 25, 2026
   c. United States Postal Service, U.S. Postal Service Headquarters
      Address: 475 L'Enfant Plaza SW, Washington, DC 20260

Mailed on: September 25, 2026

Declaration Pursuant to 28 U.S.C. § 1746.

I, Jennifer Hecksher, declare under penalty of perjury of the laws of the United States that I am over the age of 18, not a party to this action, and that the facts stated in paragraphs 1–2 above are true and correct. Executed on September 25, 2026, at Henderson, Nevada.

Signature: *<u>/s/ Jennifer Hecksher</u>*

Name: Jennifer Hecksher

FLAKE & FLAKE – ATTORNEYS AT LAW

By: /s/ *Troy K. Flake, Esq.*
Troy K. Flake, Esq.
Nevada Bar No. 16859
8905 S. Pecos Road, Suite 23B
Henderson, NV 89074
(702) 818-1800
Attorneys for Plaintiff