**FLAKE & FLAKE – ATTORNEYS AT LAW**
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
JORDAN M. FLAKE, ESQ.
Nevada Bar No. 10583
8905 S. Pecos Rd., Ste. 23B
Henderson, NV 89074
Telephone (702) 818-1800
Attorneys for Plaintiff
troy@flakeandflake.com
jordan@flakeandflake.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANAH MARA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:26-cv-01100-CDS-MDC<br><br>**STIPULATION AND ORDER TO SUBSTITUTE COUNSEL FOR PLAINTIFF** |

Plaintiff SANAH MARA, withdrawing counsel MORGAN & MORGAN, and incoming counsel FLAKE & FLAKE hereby stipulate, subject to the approval of this Court under LR IA 11-6(c), as follows:

1. Andre T. Marques, Esq., and the law firm of MORGAN & MORGAN are withdrawn as counsel of record for Plaintiff Sanah Mara in this action and should be removed from the Court's CM/ECF service list for this matter.

2. Troy K. Flake, Esq., and the law firm of FLAKE & FLAKE are substituted in as counsel of record for Plaintiff Sanah Mara in this action. All further pleadings, papers, notices, and other documents should be served upon Flake & Flake at the address set forth in the signature block below.

3. Plaintiff Sanah Mara consents to this substitution, as evidenced by his signature below.

4. Withdrawing counsel has delivered, or will promptly deliver, Plaintiff's complete file to incoming counsel.



Doc ID: d20f79d9c7ee69dad5cb898339e1194ca829c2d3

5. This substitution is not sought for purposes of delay. Consistent with LR IA 11-6(d) and (e), no trial date, hearing date, or discovery deadline has been set in this action, and this substitution will not result in the delay of any scheduled proceeding. Service is pending and incoming counsel will ensure that it is accomplished promptly.

IT IS SO STIPULATED.

DATED this 10th day of September, 2026.

MORGAN & MORGAN

By: ______________________________
ANDRE T. MARQUES, ESQ.
Nevada Bar No. 14737
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
Withdrawing Attorneys for Plaintiff

DATED this ____ day of ____________, 2026.

FLAKE & FLAKE – ATTORNEYS AT LAW

By: ______________________________
TROY K. FLAKE, ESQ.
Nevada Bar No. 16859
8905 S. Pecos Road, Suite 23B
Henderson, NV 89074
Incoming Attorneys for Plaintiff

09 / 10 / 2026

DATED this ____ day of ____________, 2026.

______________________________
SANAH MARA, Plaintiff

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: ______________________



Doc ID: d20f79d9c7ee69dad5cb898339e1194ca829c2d3

Dropbox Sign

# Audit trail

| | |
|---|---|
| **Title** | Stip and Order to Substitute Counsel.pdf |
| **File name** | Stip%20and%20Orde...ute%20Counsel.pdf |
| **Document ID** | d20f79d9c7ee69dad5cb898339e1194ca829c2d3 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **09 / 10 / 2026**<br>22:49:19 UTC | Sent for signature to Sana Mara (smara50644@gmail.com) by services@clio.com acting on behalf of troy@flakeandflake.com<br>IP: 72.202.242.184 |
| VIEWED | **09 / 11 / 2026**<br>00:51:42 UTC | Viewed by Sana Mara (smara50644@gmail.com)<br>IP: 76.76.7.90 |
| SIGNED | **09 / 11 / 2026**<br>00:54:14 UTC | Signed by Sana Mara (smara50644@gmail.com)<br>IP: 76.76.7.90 |
| COMPLETED | **09 / 11 / 2026**<br>00:54:14 UTC | The document has been completed. |