TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
RUSSELL WEBB
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Russell.Webb@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Sanah Mara, an individual,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. 2:26-cv-01100-CDS-MDC<br><br>**Notice of Appearance** |

Please take notice that Assistant United States Attorney Russell Webb is appearing as counsel for the Defendant United States of America.

Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

Respectfully submitted this 16th day of November 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Russell Webb*
RUSSELL WEBB
Assistant United States Attorney