TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
RUSSELL WEBB
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Russell.Webb@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Sanah Mara, an individual,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>Defendant. | Case No. 2:26-cv-01100-CDS-MDC<br><br>**Amended Joint Stipulation for Extension of Time to File Response to Plaintiff's Complaint and Summons in a Civil Action**<br><br>**(First Request)** |

Federal Defendants and Plaintiff hereby submit this Stipulation for a 30-day extension of time, up to and including **December 28, 2026**, for Federal Defendants to file their response to Plaintiffs' Summons in a Civil Action (ECF No. 15), which was filed on September 15, 2026. Federal Defendants' counsel conferred with Plaintiff and Plaintiff agreed. This is the first request for an extension, and is requested for the purpose of a possible resolution of this issue to minimize the Court's valuable time.

/ / /

/ / /

/ / /

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Defendants to file their response to Plaintiffs' Summons in a Civil Action (ECF No. 15) from November 27, 2026, to **December 28, 2026**. This request is made in good faith and not for the purpose of any undue delay.

Respectfully submitted this 18th day of November 2026.

FLAKE & FLAKE
ATTORNEYS AT LAW

*/s/ Troy K. Flake*
TROY K. FLAKE

*Attorney for Plaintiff*

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Russell Webb*
RUSSELL WEBB
Assistant United States Attorney

*Attorneys for the Federal Defendant*

**IT IS SO ORDERED.**

____________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: __________________________